HENRY PERRY and FRANK MATTHEWS, Respondents, v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Appellant.— Action to recover damages for personal injuries sustained by each of the two plaintiffs and for injuries to the property of one of them, Perry, by reason of the alleged negligence of defendant, whose disabled truck, stalled upon a public highway, was not properly protected by visible reflectors, by a red rear light, or by flares properly placed upon the highway. A judgment in favor of the plaintiffs for their damages respectively was entered upon the verdict of a jury. A motion by defendant for a new trial was denied. From that judgment and order defendant appeals. Judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MINKOWITZ, Appellant.— The defendant-appellant, a junk dealer, was convicted, in the County Court of Queens county, of the crime of criminally receiving stolen property. (Penal Law, § 1308.) From the judgment of conviction and from the sentence he appeals. Judgment unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PEPE, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RICCARDI, Appellant.— Judgment of conviction of the County Court of Kings county and order denying motion to set aside the verdict unanimously affirmed. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.